EOD MAR 27 '03

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 7 2003

DAVID J. MALAND, CLERK
BY
DEPUTY _____

EDWARD KENT HAUERSPERGER          §
A.K.A. EDWARD LAFONTAINE, #873197  §
                                   §
VS.                                §
                                   §
DIRECTOR, TDCJ-ID                  §

B-03-091

CIVIL ACTION NO. 6:03cv23

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

### ORDER OF TRANSFER

The Petitioner Edward Kent Hauersperger a.k.a. Edward Lafontaine, an inmate confined in

the Texas prison system, proceeding *pro se* and *in forma pauperis,* brings this petition for a writ of

habeas corpus challenging his conviction pursuant to 28 U.S.C. § 2254.  The Petitioner was

convicted of the offense of Sexual Assault in Cameron County, Texas.  Proper venue in this matter

lies in the Southern District of Texas.  28 U.S.C. § 2241(d).  Therefore the petition should be

transferred to the Southern District of Texas, Brownsville Division, for further proceedings in

accordance with the rules of that district.  28 U.S.C. § 124(b)(4).  It is accordingly

**ORDERED** that the Petitioner's lawsuit is **TRANSFERRED** to the Southern District of

Texas, Brownsville Division.  28 U.S.C. § 2241(d) and Local Order 95-2.

SIGNED this _27th_ day of March, 2003.

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: _____



MAGRR    CLOSED

U.S. District Court
Texas, Eastern (Tyler)

CIVIL DOCKET FOR CASE #: 03-CV-23

LaFontaine v. Director, TDCJ-ID                          Filed: 01/21/03
Assigned to: Judge William M. Steger
            Referred to: Magistrate Judge Judith K. Guthrie
Demand: $0,000                          Nature of Suit:  530
Lead Docket: None                       Jurisdiction: Federal Question

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


EDWARD K LAFONTAINE              Edward K LaFontaine
     petitioner                 [NTC]  [PRO SE]        R-03-091
                                SV
                                Skyview Unit
                                PO Box 999
                                Rusk, TX 75785


     v.


DIRECTOR, TDCJ-ID
     respondent


A TRUE COPY I CERTIFY
DAVID J MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By:_____


Docket as of April 22, 2003 10:13 am              Page 1

Proceedings include all events.                                    MAGRR
6:03cv23 LaFontaine v. Director, TDCJ-ID                           CLOSED

1/21/03   1      Petition for writ of habeas corpus (mll)
                 [Entry date 01/28/03]

1/21/03   2      ORDER referring case to Magistrate Judge Judith K. Guthrie
                 (copy file sent) ( signed by Judge William M. Steger )
                 cc:petr 1-28-03 (mll) [Entry date 01/28/03]

2/3/03    3      ORDER to set deadline for pla to Correct Application to
                 proceed IFP within 30 days by 3/3/03, and that the Clerk
                 shall not accept any other documents in this case, except
                 for a Motion for Extension of Time, until the pla complies
                 with this Order ( signed by Magistrate Judge Judith K.
                 Guthrie 1-30-03)   cc:petr 2-3-03 (mll)

2/11/03   4      Acknowledgement by Edward K LaFontaine  of receipt on
                 02-07-03 to reset deadline for pla to Correct Application
                 to proceed IFP within 30 days by 3/7/03 (mll)

2/28/03   5      Motion by Edward K LaFontaine to proceed in forma
                 pauperis (mll)

3/4/03    6      ORDER that petr has 30 days from receipt of this order to
                 submit a new application to proceed IFP along with an IFP
                 data sheet; reset deadline for pla to Correct Application
                 to proceed IFP within 30 days by 4/4/03 ( signed by Judge
                 Judith K. Guthrie ) cc:pltf 3-4-03 (mll)

3/4/03    --     Terminated document #5 Motion to proceed IFP as deficient
                 per #6 Order (mll) [Entry date 03/05/03]

3/25/03   7      Acknowledgement by Edward K LaFontaine  of receipt on
                 03-18-03 to reset deadline for pla to Correct Application
                 to proceed IFP within 30 days by 4/18/03 (mll)

3/27/03   8      ORDER transferring case to the Southern District of Texas,
                 Brownsville Division ( signed by Magistrate Judge Judith
                 K. Guthrie ) cc:petr 3-27-03 (mll)

4/22/03   --     Interdistrict transfer to the Southern District of Texas,
                 Brownsville Division (mll)

4/22/03   --     Mailed original case file to the Clerk, Southern District
                 of Texas, Brownsville Division (mll)

B-03-091

**corifpddl 30 days**

**PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK**

RE: **6:03cv23    EDWARD LAFONTAINE**

RECEIVED: **#6 DEFICIENCY ORDER**

on this _18_ day of _MAR_ , 200_3_ , at _10:30_ a.m./p.m. at _MICHAEL UNIT_
(Name of Institution)

_____    _____
Witness (if by mark)    (Signature or mark, or addressee)

_____
Witness (if by mark)


**WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT U.S. DISTRICT COURT ON THIS _____ DAY OF _____ EASTERN DISTRICT OF TEXAS _____ .**
(Name of Institution)

MAR 2 5 2003

Signature of Institution Delivering Agent

DAVID J. MALAND, CLERK

BY
Witness    DEPUTY _____

EOD MAR 04 '03

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR - 4 2003

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| EDWARD K. LAFONTAINE, #873197 | § | |
| VS. | § | CIVIL ACTION NO. 6:03cv23 |
| DIRECTOR, TDCJ-ID | § | |

B-03-091

### DEFICIENCY ORDER

Came on for consideration, the Petitioner's application to proceed *in forma pauperis* (docket entry #5). The Petitioner did not, however, submit an *in forma pauperis* data sheet that is certified by an officer in the law library. It is therefore

**ORDERED** that the Petitioner has thirty days from the receipt of this order to submit a new application to proceed *in forma pauperis*, along with an *in forma pauperis* data sheet. Both documents are available in the law library.

The Petitioner is placed on notice that the petition may be dismissed if he fails to comply with this order.

SIGNED this _____ day of March, 2003.

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE



AO 240  (Rev. 9/96)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 2 8 2003

DAVID J. MALAND, CLERK

BY _____

# United States District Court

EASTERN          DISTRICT OF        TEXAS

Plaintiff

EDWARD KENT LAFONTAINE
V.

LT. WOOD
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

B-03-091

CASE NUMBER:   6:03cv23

I,  EDWARD KENT LAFONTAINE #873197 _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  SKYVIEW UNIT- RUSK, TEXAS

    Are you employed at the institution? Yes   Do you receive any payment from the institution?  NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?     ☐ Yes     ☒ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
        2000/ No wages given.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
        2000/No wages given

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment        ☐ Yes     ☒ No
    b.  Rent payments, interest or dividends                  ☐ Yes     ☒ No
    c.  Pensions, annuities or life insurance payments        ☐ Yes     ☒ No
    d.  Disability or workers compensation payments           ☐ Yes     ☒ No
    e.  Gifts or inheritances                                 ☐ Yes     ☒ No
    f.  Any other sources                                     ☐ Yes     ☒ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

corifpddl 30 days

**PLEASE DELIVER ATTACHED COURT CORRESPONDENCE
TO ADDRESSEE AND HAVE FOLLOWING RECEIPT
EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO
THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR
INSTITUTION, PLEASE ADVISE US OF RELEASE DATE &
FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF
PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK**

RE: 6:03cv23   EDWARD K. LAFONTAINE

RECEIVED: #3 ORDER TO CORRECT IFP APPLI

on this 7th day of Feb , 200 3 , at 00:7 a.m./p.m.

at Sky View

(Name of Institution)

Witness (if by mark)    (Signature, or mark, of addressee)

Witness (if by mark)

**WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS
UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE
COURT CORRESPONDENCE WAS DELIVERED TO THE
ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY
OF _____ , 200 ___ AT ( )**

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

(Name of Institution)

Signature of Institution Delivering Agent

FEB 1 1 2003

Witness        DAVID J. MALAND, CLERK

BY

EOD FEB 03 '03

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER  DIVISION

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB - 3 2003

DAVID J. MALAND, CLERK
BY
DEPUTY
```

| | | |
|---|---|---|
| EDWARD KENT LAFONTAINE | § | |
| #873197 | | |
| V. | § | CIVIL ACTION NO. 6:03cv 2 3 |
| LT. WOOD | § | |

### O R D E R

B-03-091

The Court has received the above-styled lawsuit submitted by the petitioner, EDWARD KENT LAFONTAINE #873197. It has been determined that the petitioner has not paid the required filing fee nor has he submitted a correct and current application to proceed *in forma pauperis* with his original signature. It is accordingly

**ORDERED** that the Clerk shall forward to EDWARD KENT LAFONTAINE #873197 an application to proceed *in forma pauperis* and that the petitioner must submit either the filing fee of $5.00 or an application to proceed *in forma pauperis*, **together** with the *in forma pauperis* data sheet which will be provided by the officer in the law library of the institution in which petitioner is incarcerated for this lawsuit to proceed. The officer in the law library will provide the *in forma pauperis* data sheet. The Court is presuming that the petitioner desires to proceed *in forma pauperis*. If he fails to comply with this order within thirty (30) days of receipt of this order, or to show good cause for such failure, this case may be terminated under Fed. R. Civ. P. 41(b) and the Motion to Proceed *in forma pauperis* will be denied. It is further

ORDERED that the Clerk shall not accept any other documents in this case, except for a Motion for Extension of Time, until the petitioner complies with this Order.

SIGNED this _20th_ day of January, 2003.

UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MAGISTRATE REFERRAL

LaFontaine                    CIVIL ACTION NO. 6:03-cv-00023

    v.

Director, TDCJ-ID

B-03-091

Pursuant to a Standing Order, certain civil suits are referred at
the time of filing equally among magistrate judges.   Therefore,
the above-entitled action has been referred to:

Magistrate Judge Judith K. Guthrie



PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 10/99)

# IN THE UNITED STATES DISTRICT COURT

**FILED**

FOR THE ___Eastern___ DISTRICT OF TEXAS

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 1 2003

DAVID J. MALAND, CLERK

___Tyler___ _____ Division  JAN 2 1 2003

DAVID J. MALAND, CLERK

## PETITION FOR A WRIT OF HABEAS CORPUS BY A
## PERSON IN STATE CUSTODY

BY _____

___Edward LaFontaine 873197___       ___Rusk, Texas___

**B-03-091**

PETITIONER                          CURRENT PLACE OF CONFINEMENT
(Full name of Petitioner)

___873197___

VS.                                 PRISONER ID NUMBER

___Gary Johnson___                  ___6:03cv 23___

RESPONDENT                          CASE NUMBER
(Name of TDCJ Director, Warden, Jailor, or    (Supplied by the Clerk of the District Court)
authorized person having custody of petitioner)

## INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten, and signed by the petitioner, under
    penalty of perjury. Any false statement of an important fact may lead to prosecution for
    perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal
    authorities. Any additional arguments or facts you want to present must be in a separate
    memorandum.

3.  When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it
    is in proper order.

4.  If you do not have the necessary filing fee, you may ask permission to proceed *in forma
    pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this
    petition to show that you cannot prepay the fees and costs, and (2) if you are confined in
    TDCJ-ID, you must send in a certified *In Forma Pauperis* Data Sheet from the institution
    in which you are confined. If you are in an institution other than TDCJ-ID, you must send
    in a certificate completed by an authorized officer at your institution certifying the amount
    of money you have on deposit at that institution. If you have access or have had access to
    enough funds to pay the filing fee, then you must pay the filing fee.

5.   Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6.   Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7.   When you have finished filling out the petition, mail the original and two copies to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8.   Petitions that do not meet these instructions may be returned to you.

---

## PETITION

**What are you challenging?**  (Check only one)

☑  A judgment of conviction or sentence,        (Answer Questions 1-4, 5-12 & 20-23)
     probation or deferred-adjudication probation
☐  A parole revocation proceeding.              (Answer Questions 1-4, 13-14, & 20-23)
☐  A disciplinary proceeding.                   (Answer Questions 1-4, 15-19 & 20-23)

**All petitioners must answer questions 1-4:**

1.   Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack: 138th District court

2.   Date of judgment of conviction: March 25th 1997

3.   Length of sentence: 10 YRS Probation

4.   Nature of offense and docket number (if known): Sexual assault
     96CR1627B

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.   What was your plea? (Check one)

     ☒ — Not Guilty        ☐  Guilty          ☐  Nolo contendere

6.   Kind of trial: (Check one)   ☑  Jury          ☐  Judge Only

- 2 -                                                         CONTINUED ON NEXT PAGE

7.  Did you testify at the trial?  ☐  Yes  ☒  No
*Refused     By Court appoined Attorney*

8.  ~~Did you appeal the judgment of conviction?~~  ☒  Yes  ☐  No

9.  If you did appeal, in what appellate court did you file your direct appeal?

_____Cause Number (if known) _____

What was the result of your direct appeal (affirmed, modified or reversed):_____

What was the date of that decision? _____

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:  *Denied   court Record*

Result: _____

Date of result: _____Cause Number (if known):_____

If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following:

Result: _____

Date of result: _____

10.  Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

☒  Yes     ☐  No

11.  If your answer to 10 is "Yes," give the following information:

Name of court: *138th District court Texas*

Nature of proceeding: *Habeus corpus*

Cause number (if known): *96 CR 1627 B*

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court. *Jan. 2nd 2000*

Grounds raised: *ineffectle counsel, ~~Unit~~ etc.*
*Document stolen. All Documented Fact. "*

- 3 -                                    CONTINUED ON **NEXT PAGE**

Date of final decision: March 10th 2000

Name of court that issued the final decision: 138th District Court Texas.

As to any *second* petition, application or motion, give the same information:

Name of court: 138th D Court Texas

Nature of proceeding: Motion to Remove Judge

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court.
March — 2000 (Document stolen)

Grounds raised: predjudiced- I had disclosed rumar that Judge was Heroin Junkie. Threw a raving fit in court room when he refused to entertain Habius corpus.

Date of final decision: April 7th 2000

Name of court that issued the final decision: 138th District Texas

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12.  Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?
☐ Yes    ☑ No

(a)  If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:

_____

_____

(b)  Give the date and length of the sentence to be served in the future: _____

_____

(c)  Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?

☐ Yes    ☐ No

- 4 -

CONTINUED ON NEXT PAGE

**Parole Revocation:**

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

      □    Yes           □    No

If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon?         □ Yes      ☑ No

16.    Are you eligible for mandatory supervised release?      □ Yes      ☑ No

17.    Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation:

_____

Disciplinary case number: _____

18.    Date you were found guilty of the disciplinary violation: _____

Did you lose previously earned good-time credits?      □ Yes      □ No

Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: _____

_____

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

      □    Yes           □    No

If your answer to Question 19 is "yes," answer the following:

Step 1 Result: _____

_____

Date of Result: _____

Step 2 Result: _____

_____

      CONTINUED ON NEXT PAGE

Date of Result: _____

**All applicants must answer the remaining questions:**

20. State <u>clearly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

   **CAUTION:**
   <u>Exhaustion of State Remedies:</u> You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
   <u>Subsequent Petitions:</u> If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your belief that you are being held unlawfully.

<u>DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS</u>. Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

(a)    Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by the use of a coerced confession.

(c)    Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

(d)    Conviction obtained by the use of evidence obtained from an unlawful arrest.

(e)    Conviction obtained by a violation of the privilege against self-incrimination.

(f)    Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant.

(g)    Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(h)    Conviction obtained by a violation of the protection against double jeopardy.

(i)    Denial of effective assistance of counsel.

(j)    Denial of the right to appeal.

(k)    Violation of my right to due process in a disciplinary action taken by prison officials.

- 6 -                                            CONTINUED ON NEXT PAGE

A.    GROUND ONE: Refused effective assistance of counsel.

Supporting FACTS (tell your story briefly without citing cases or law):

Did Not investigate crime scene, obtain witness(s) including eye witness saying "there is no such thing as an eye witness to Rape" did not file requested appeal nor reason for not filing. Refused Habius corpus Appl. before extradition from Missouri, refused 20 day probation hearing @ Travis co Texas.

B.    GROUND TWO: Conviction Gained against priveledge against self incrimination.

Supporting FACTS (tell your story briefly without citing cases or law):

Judge declared me "Felon" and said I could not testifie at trial without being prejudiced. After trial pre-sentence investigation showed, I was not prior "Felon". I did not testifie at trial due to unjustified act.

C.    GROUND THREE: Conviction obtained by prosecutors failure to disclose evidence favorable to defendant.

Supporting FACTS (tell your story briefly without citing cases or law):

Refused N C I C readout, shorts, towels, were evidence at scene, eye witness(s) testimonie, statement, Bartenders testimonie statement, "victims" boyfriends testimonie statement.

D.    GROUND FOUR: Refused ~~apptel~~ appeal, unfruitful sentance ordered against stricktest Guidlines.

Supporting FACTS (tell your story briefly without citing cases or law):

Attorney did not file for Appeal nor give reason for not filing.
Banished from county, state. Sentanced to 6 years imprisoment for first violation Failure to appear at probation office.

21.    Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

☐  Yes        ☑  No

If your answer is "yes," give the date on which each petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

_____

_____

_____

22.    Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

☐  Yes        ☒  No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

_____

- 8 -

CONTINUED ON NEXT PAGE

23.  Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☐    Yes            ☒    No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

_____

_____

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

*E. Kent Hauersperger*
*E. Kent Hauersperger*
*AKA, Edward LaFontaine*
*# 873197 TDC*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *Jan. 15th 2003* (month, date, year).

Executed on  *01 14 2003*  (date).

_____
Signature of Petitioner (required)

Petitioner's current address: *P.O. Box 999 Rusk, Texas*
*78539*

_____

_____