UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD KENT HAUERSPEGER, § <br> A.K.A. EDWARD LAFONTAINE § <br> Petitioner, § <br> § <br> v. § <br> § <br> JANIE COCKRELL, DIRECTOR, § <br> TEXAS DEPARTMENT OF CRIMINAL § <br> JUSTICE, INSTITUTIONAL DIVISION, § <br> Respondent. § | CIVIL ACTION NO. B-03-091 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is hereby DENIED.

DONE at Brownsville, Texas this 30 day of October, 2003.

Hilda Tagle
United States District Judge