4

United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

Edward Kent Hauersperger §
(Petitioner) §
                        § Civil action No. B-03-091
v.                      §
                        §
Janie Cockrell, Director §
T.D.C.J.-I.D.           §
    Respondent

## Motion to appeal informa Pauperis

Here comes now above named Petitioner and asks Honorable court permission to appeal above styled cause informa pauperis, and in support of such shows that:

1) all Petitioners motions have been unheard.

2) Proper remedy is writ of Habius corpus.

3) Janie Cockrell has supplied court with <u>much</u> missinformation.

4) Edward Kent Hauersperger is indigent. (evidence enclosed)

Enacted this the 10th day of November 2003.

E. Kent Hauersp[y]    Edward Kent Hauersperger
                      P.O. Box 999 Rusk, TX.

[Please excuse my Ignorance]