6

United States District Court
Southern District of Texas
FILED

DEC 15 2003

Michael N. Milby
Clerk of Court

5th Court of Appeals
New Orleans, La.

Edward [illegible] (Plaintiff) §

V. §

Janie Cockrell, Director § 1:03-CV-00091,
T.D.C.J.-I.D. § B-02-234

Felix Recio
United States Magistrate §
Judge

# PRAYER FOR RELIEF

Here comes now [illegible] named plaintiff [illegible] Honorable court and shows [illegible] [illegible]:

Denying me appeal [illegible] [illegible] by [illegible] [illegible] was [illegible] is [illegible] ment. The court claims "Petitioner did not file any objections to the [illegible] report and recommendation on [illegible] [illegible] assert [illegible] that [illegible] have [illegible] unaltered" In other words I [illegible] still were [illegible]." Obstruction of justice.

[Please excuse my ignorance]

Court claims (5) five [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] to writ of Habeas Corpus,
sounding as though plaintiff [illegible] [illegible]
diligent to [illegible], yet [illegible] no
[illegible] of such. Yet [illegible] [illegible] [illegible] still
has not satisfied court [illegible] [illegible] [illegible]
indigency. Plaintiff has been [illegible]
funds by state [illegible] [illegible] [illegible]
since [illegible] [illegible] [illegible] [illegible] and has filed
[illegible] with [illegible] no less than
documentation [illegible]
(5) five times. [illegible] [illegible] [illegible]
Plaintiff has [illegible] [illegible] [illegible] yet
be true against penalty of perjury [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] only certifies
[illegible] [illegible] [illegible] [illegible] [illegible] was
that [illegible] [illegible] [illegible] [illegible] "
not taken [illegible] good faith according to
28 U.S.C § 1915(a)(3) and Fed R. App. P 24(a).
[illegible] [illegible] [illegible] ([illegible] [illegible])
C[illegible] [illegible] [illegible] [illegible] [illegible] at [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]) or [illegible]
([illegible] [illegible] [illegible]) [illegible]
[illegible] [illegible] proper access to courts. ([illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]) plaintiff
[illegible] [illegible] [illegible] [illegible] [illegible]
has [illegible] [illegible] U.S.C [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] U.S.C 42 §
1983 C[illegible] [illegible] [illegible] [illegible] [illegible]
Although [illegible] [illegible] [illegible] [illegible] for doing
such.

(Please excuse my ignorance)

Plaintiff [illegible] right [illegible] separation of Church and State as well as Freedom to worship.

Plaintiff must receive an added [illegible] 52 days added to 365 day year to allow him to observe sabbath day of rest, which means Habeus corpus was filed 45 days before Defendants claimed "Timely matter" of one year.

Plaintiff also [illegible] attention to his claim that His time was tolled for [illegible] "Timely matter", when His Texas criminal practice guide was taken from Him by the state. An obvious constitutional violation, that has yet to be [illegible].

Court claims petitioners state conviction was final, yet, "He is on direct appeal." [illegible] court claims that plaintiff [illegible] one state writ [illegible] Habeus corpus, yet plaintiff (5) five were filed, as well as [illegible] in open court twice, after his [illegible] [illegible] miss out by State [illegible] [illegible] KIDNAPPED [illegible]

I Edward Kent Hauersperger, [illegible] anyway plea that Honorable Court [illegible] his unlawfull, unwarranted, [illegible] by [illegible] Cockrell Director of Texas Department of Criminal Justice [illegible]

[Please excuse my ignorance]

The Brownsville d[illegible] has determined that "He [illegible] claim [illegible] these [illegible] be in the form of a Habeas writ." Yet claims that "Plaintiff's [illegible] factually unnecessary are time barred"

State of Texas "Atlas's all Documentations." Plaintiff [illegible] Honorable [illegible] investigate his 3 [illegible] prosecutor [illegible] from unwanted Sexual Molestation, beatings, and [illegible] He received cruel [illegible] from State of Texas State.

Plaintiff is an "Ex-FIRMED CITIZEN" [illegible] Federals [illegible] "Texas Church" [illegible] wrongdoing.

I Edward Reed Hinner [illegible] pray [illegible] honorable court [illegible] and [illegible] damages. awarded 34 million dollars in total damages.

~~[illegible]~~

Among [illegible] observations courts claim of [illegible] Voganic beings issue, and a [illegible] of Church of Mental Stability [illegible] Church [illegible] Schedule [illegible] Clairvoyance [illegible] or of [illegible] SATANIC.

[Please excuse my Ignorance]

C[illegible] [illegible] any [illegible] as sovereign [illegible] on their [illegible] Federal knowledge [illegible] any challenge [illegible] Judgement [illegible] "Time Barred"!

Filing any [illegible] against [illegible] is like [illegible] the [illegible] to negate [illegible] is [illegible] Federal courts have [illegible] "NO" [illegible].

Petitioner has been [illegible] treatment, and knew the [illegible] Mary [illegible] by the State of Texas who also [illegible] (5) [illegible] by ACCIDENT.

I Edward [illegible] Hernandez [illegible] against [illegible] the foregoing [illegible].

Executed this the 13th day of December in the 2003 year [illegible]

[illegible]

Edward [illegible] Hernandez Jr.
#873147
[illegible]
75[illegible]

[illegible]

(Please excuse my [illegible])