United States Court of Appeals
Fifth Circuit
**FILED**
May 7, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-40382

United States
Southern Dist.
FIL

MAY 1 9 2004

Michael N. Milby
Clerk of Court

EDWARD KENT HAUERSPERGER also known as, Edward Kent LaFontaine

Petitioner - Appellant

v.

DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5th CIR. R. 42.3, the appeal is dismissed as of May 7, 2004, for want of prosecution. The appellant failed to timely pay the docketing fee.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Jim deMontluzin
James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: Deputy
New Orleans, Louisiana    MAY 0 7

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 7, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

MAY 1 9 2004

Michael N. Milby, Clerk

No. 04-40382 Hauersperger v. Dretke
USDC No. B-03-CV-91

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

cc: w/encl:
    Mr Edward Kent Hauersperger

MDT-1